No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**Clarence Alton (Buddy) TATE, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28950.**

Court of Criminal Appeals of Texas.

April 10, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

## PER CURIAM.

The offense is the unlawful possession of whiskey for the purpose of sale in a dry area; the punishment, a fine of $150.

The record on appeal contains no statement of facts, and the exceptions to the charge therein contained cannot be considered in the absence of a statement of facts.

All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.